**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DEBORAH PAESANO and ANTHONY
PAESANO,

                    Plaintiffs,

-against-                        19 **CIVIL** 10979 (CS)

                                          **JUDGMENT**

ETHICON, INC., JOHNSON & JOHNSON, and
JOHN DOES 1-20,

                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 22, 2022, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      March 22, 2022

                                                  **RUBY J. KRAJICK**
                                                  _____
                                                  **Clerk of Court**
                          **BY:**     *K. Mango*
                                                  _____
                                                    **Deputy Clerk**